IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

CASE NO.

**JOYCE BODO,**

    Plaintiff,

v.

**GEOVERA SPECIALTY INSURANCE COMPANY,**

    Defendant.

_____/

## COMPLAINT

Plaintiff, **JOYCE BODO**, sues the Defendant, **GEOVERA SPECIALTY INSURANCE COMPANY**, and alleges as follows:

## GENERAL ALLEGATIONS

1. At all times material, Defendant was a corporation duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Hillsborough County, Florida.

2. At all material times, Defendant insured Plaintiff's dwelling pursuant to policy number GH40021445 (hereafter "the Policy"). A copy of the policy is in the exclusive control of Defendant, and will be produced during discovery.

3. During the policy period from June 21, 2013 to June 21, 2014, Plaintiff's dwelling located at 506 S. Bryan Circle, Brandon, Florida 33511(hereafter "the Property") suffered a covered loss due to water damage.

4. Plaintiff notified Defendant of the damages. Defendant assigned claim number HL13500701 to Plaintiff's loss.

5. Plaintiff allowed Defendant to inspect the Property and the damages.

6. Plaintiff has complied with all conditions precedent to entitle Plaintiff to recover under the policy, or compliance with such conditions has been waived.

7. Defendant has failed to pay for all of Plaintiff's losses.

## COUNT I: BREACH OF CONTRACT

8. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of prejudgment interest, attorneys' fees and costs.

9. Defendant's failure to pay for all of Plaintiff's losses is a breach of contract.

10. Because of Defendant's failure to pay Plaintiff's losses, it has become necessary that Plaintiff retain the services of the undersigned attorney. Plaintiff is obligated to pay a reasonable fee for the attorney's services in bringing this action, plus necessary costs.

**WHEREFORE**, Plaintiff demands judgment against Defendant for all losses with interest on any overdue payments, attorney's fees and costs pursuant to Florida Statutes §§ 627.428, 57.041, and 92.231, and demands a trial by jury.

Dated this 28th day of February, 2018.

THE NATION LAW FIRM, LLP

*Logan Templeton*
_____
Logan Templeton, Esquire
Florida Bar No. 0114136
570 Crown Oak Centre Drive
Longwood, FL  32750
Telephone:  (321) 397-9795
Facsimile:  (407) 204-2108
Primary Email:  mdahl@nationlaw.com
Secondary Email:  ltempleton@nationlaw.com
Attorneys for Plaintiff